NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1225, -1244

FUNAI ELECTRIC COMPANY, LTD.,

Plaintiff-Cross Appellant,

v.

DAEWOO ELECTRONICS CORPORATION
and DAEWOO ELECTRONICS AMERICA, INC.,

Defendants-Appellants,

and

DAEWOO ELECTRONICS COMPANY, LTD.,
DAEWOO ELECTRONICS CORPORATION OF AMERICA, INC.,
and DAEWOO ELECTRIC MOTOR INDUSTRIES, LTD.,

Defendants.

Appeals from the United States District Court for the Northern District of California in case no. 04-CV-01830, Magistrate Judge Joseph C. Spero.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Daewoo Electronics America, Inc. submits a motion to stay enforcement of a portion of the judgment entered by the United States District Court for the Northern District of California upon the posting of a supersedeas bond by Daewoo Electronics America, Inc. in the amount of $2,873,237.50.

Upon consideration thereof,

IT IS ORDERED THAT:

Funai Electric Company, Ltd. is directed to respond no later than April 22, 2009.

FOR THE COURT

APR 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael J. Lyons, Esq.
Perry R. Clark, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 1 7 2009

**JAN HORBALY**
**CLERK**

2009-1225, -1244                          - 2 -